## People of State of Illinois, Appellee, v. Frank E. Falkenberg, Jr., Appellant.

Gen. No. 46,572.

First District, Second Division.

April 6, 1955.

Rehearing denied April 26, 1955.

Released for publication May 23, 1955.

Charles V. Falkenberg, for appellant; John Gutknecht, State's Attorney, for

defendant in error; John T. Gallagher, Rudolph L. Janega, and Sheldon N. Reibman, Assistant State's Attorneys, of counsel. Opinion by JUSTICE ROBSON. **Not to be published in full.**